UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEUTSCHE BANK NATIONAL TRUST,**

    Plaintiff,

                                            Civil No.**08-10231**
                                            Hon. John Feikens

    v.

**SHORELLE LATIMER**,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **4/24/2008**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and this case is REMANDED to state court for want of subject matter jurisdiction.

                                                   **s/John Feikens**
                                                   John Feikens
                                                   United States District Judge

Dated: May 30, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 30, 2008.

s/Carol Cohron
Deputy Clerk